UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRIAN SHERMAN,

                Plaintiff,

  v.

STEVEN HOBBS, et al.,

                Defendants.

CASE NO. 2:20-cv-00748-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

      DATED this 12th day of June, 2020.

                                          _____
                                          BRIAN A. TSUCHIDA
                                          Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1