UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRIAN SHERMAN,

          Plaintiff,

  v.

STEVEN HOBBS, et al,

          Defendant.

CASE NO. 2:20-cv-00748-RAJ-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Plaintiff's complaint is **DISMISSED with prejudice**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 14th day of January, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1